NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANDRE YOUNGBLOOD,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1468

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-01031-KCD, Judge Kathryn C. Davis.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

The United States moves to dismiss Andre Youngblood's appeal.  Mr. Youngblood has not filed a response.  We dismiss.

Mr. Youngblood filed suit in the United States Court of Federal Claims, which entered judgment on August 14, 2025, dismissing for failure to pay the filing fee.  On February 18, 2026, Mr. Youngblood filed his notice of

appeal (dated February 9, 2026) from "the order for dismiss[ing] for not paying court fees." ECF No. 1-2 at 1.

An appellant typically has 60 days to file a notice of appeal following a final decision from the Court of Federal Claims. *See* 28 U.S.C. §§ 2107(b), 2522; Fed. R. App. P. 4(a)(1)(B); Fed. Cir. R. 1(a)(1)(C). And the timely filing of a notice of appeal from that court's judgment is a jurisdictional requirement that must be enforced. *Marandola v. United States*, 518 F.3d 913, 914 (Fed. Cir. 2008); *cf. Henderson v. Shinseki*, 562 U.S. 428, 438–39 (2011). Here, Mr. Youngblood's notice of appeal is untimely as to the final judgment,[1] such that we dismiss his appeal for lack of jurisdiction.[2]

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to dismiss is granted.

(2)  Any other pending motions are denied.

---

[1]  Mr. Youngblood's notice designates the dismissal order, which merged into the subsequent judgment. *See* Fed. R. App. P. 3(c)(7).

[2]  Although it appears Mr. Youngblood was incarcerated at the time he filed his notice, he has not submitted any declaration or evidence establishing that he deposited his notice of appeal in the institution's mail system with first-class postage prepaid on or before the last day for filing. Fed. R. App. P. 4(c); Fed. Cir. R. 1(a)(1)(C).

YOUNGBLOOD v. US                                                                                    3

(3)  Each party shall bear its own costs.

FOR THE COURT



April 15, 2026
Date

Jarrett B. Perlow
Clerk of Court